1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11   LEONDARD JOHNSON,                    | Case No.  1:12-cv-00820-SAB (PC)

12                Plaintiff,              | ORDER GRANTING DEFENDANT'S
                                          | REQUEST FOR COURT TO SCREEN
13        v.                              | PLAINTIFF'S COMPLAINT

14   HUMBERTO RODRIGUEZ,                  | (ECF Nos. 1 & 11)

15                Defendant.

16

17        Plaintiff Leonard Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil

18   rights action pursuant to 42 U.S.C. § 1983.  Defendant removed this action to federal court on

19   May 16, 2012. Along with the notice of removal, Defendant filed a request seeking that the

20   complaint be screened and to be allowed thirty days to respond to the complaint from the date of

21   filing the screening order.

22        The Court is required to screen complaints brought by prisoners seeking relief against a

23   governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).

24   The Court screens complaints in the order in which they are filed and strives to avoid delays

25   whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending

26   before the Court, and delays are inevitable despite the Court's best efforts.  Due to the heavy

27   caseload, Plaintiff's complaint is still awaiting screening.  The Court is aware of the pendency of

28   this case and will screen Plaintiff's complaint in due course.  The Court will grant Defendant's

1

request that he be relieved from the obligation to file a responsive pleading until thirty (30) days after the complaint is screened.

IT IS HEREBY ORDERED that Defendant's request for screening is GRANTED and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of a Court order finding that Plaintiff's complaint states a claim.

IT IS SO ORDERED.

Dated:   **July 11, 2013**

_____
UNITED STATES MAGISTRATE JUDGE