# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBERTO RODRIGUEZ,<br><br>    Defendant. | Case No.  1:12-cv-00820-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR COURT TO SCREEN PLAINTIFF'S COMPLAINT<br><br>(ECF Nos. 1 & 11) |

Plaintiff Leonard Johnson ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Defendant removed this action to federal court on May 16, 2012. Along with the notice of removal, Defendant filed a request seeking that the complaint be screened and to be allowed thirty days to respond to the complaint from the date of filing the screening order.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The Court screens complaints in the order in which they are filed and strives to avoid delays whenever possible.  However, there are hundreds of prisoner civil rights cases presently pending before the Court, and delays are inevitable despite the Court's best efforts.  Due to the heavy caseload, Plaintiff's complaint is still awaiting screening.  The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.  The Court will grant Defendant's

request that he be relieved from the obligation to file a responsive pleading until thirty (30) days after the complaint is screened.

IT IS HEREBY ORDERED that Defendant's request for screening is GRANTED and Defendants shall have **thirty (30) days** to file a response to the complaint, to commence upon issuance of a Court order finding that Plaintiff's complaint states a claim.

IT IS SO ORDERED.

Dated:   **July 11, 2013**

UNITED STATES MAGISTRATE JUDGE