UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO RODRIGUEZ,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00820-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO THE COMPLAINT WITHIN THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER<br><br>(ECF No. 1) |

Plaintiff Leonard Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendant removed this action to federal court on May 16, 2012. Along with the notice of removal, Defendant filed a request seeking that the complaint be screen and to be allowed thirty days to respond to the complaint from the date of filing the screening order. On July 11, 2013, the Court granted Defendant's request for screening and relieved him of the obligation to file a response to the complaint until ordered to do so by the Court.

Pursuant to 28 U.S.C. § 1915A(a), the Court has screened the instant complaint and finds it states a cognizable claim for excessive force against Defendant Humberto Rodriguez based on Plaintiff's allegation that after Defendant Rodriguez handcuffed Plaintiff, he used excessive and unnecessary force by bending and twisting his wrist and arm causing extreme excruciating pain and refused his complaints to stop. As a result of the force, Plaintiff suffered extreme physical pain, mental anguish, and severe emotional distress for which he sought and received medical treatment.

Accordingly, IT IS HEREBY ORDERED that Defendant Humberto Rodriguez file an answer or other responsive pleading to the instant complaint within **thirty (30)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **September 20, 2013**              _____
                                            UNITED STATES MAGISTRATE JUDGE