# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>HUMBERTO RODRIGUEZ,<br><br>  Defendant. | Case No.: 1:12-cv-00820-AWI-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S PENDING MOTION FOR SUMMARY JUDGMENT<br><br>[ECF No. 22] |

Plaintiff Leonard Johnson is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendant Humberto Rodriguez based on Plaintiff's claim of excessive force.

On August 11, 2014, Defendant Rodriguez filed a motion for summary judgment. To date, Plaintiff has failed to file an opposition or statement of non-opposition.

Local Rule 230(l) of which this action is proceeding specifically states:

> A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or statement of non-opposition to Defendant's pending motion for summary judgment within **thirty (30) days from the date of service of this order.  Plaintiff is warned that the failure to comply with this order will result in dismissal of the action for failure to prosecute**.

IT IS SO ORDERED.

Dated:   **September 23, 2014**

UNITED STATES MAGISTRATE JUDGE