UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO RODRIGUEZ,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00820-AWI-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANT RODRIGUEZ'S MOTION FOR SUMMARY JUDGMENT, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>[ECF No. 33] |

　　　　Plaintiff Leonard Johnson is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On December 22, 2014, the Magistrate Judge filed a Findings and Recommendation which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendation were to be filed within thirty days.  No Objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on December 22, 2014, is adopted in full; and
2. Defendant Rodriguez's motion for summary judgment is DENIED.

IT IS SO ORDERED.

Dated:   February 9, 2015

_____
SENIOR DISTRICT JUDGE