# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO RODRIGUEZ,<br><br>　　　　　Defendant. | Old Case No.: 1:12-cv-820-AWI-SAB (PC)<br><br>New Case No.: 1:12-cv-820-SAB (PC).<br><br>ORDER REASSIGNING ACTION TO MAGISTRATE JUDGE<br><br>[ECF Nos. 36, 37] |

　　　　Plaintiff Leonard Johnson is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On February 23, 2015, and February 24, 2015, respectively, Defendant Humberto Rodriguez and Plaintiff voluntarily consented to United States magistrate judge jurisdiction to conduct any and all further proceedings in this case. (ECF Nos. 36, 37.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　This action is assigned to United States magistrate judge Stanley A. Boone for all purposes within the meaning of 28 U.S.C. § 636(c), to conduct any and all further proceedings in the case, including the trial and entry of final judgment;

　　　　2.　　The Clerk of Court is directed to reassign this action in its entirety to United States magistrate judge Stanley A. Boone; and

　　　　3.　　The new case number shall be 1:12-cv-000820-SAB (PC).

IT IS SO ORDERED.

Dated: 　February 26, 2015　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1