UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO RODRIGUEZ,<br><br>　　　　Defendant. | Case No.: 1:12-cv-00820-SAB (PC)<br><br>ORDER SETTING TELEPHONIC CONFERENCE CALL |

　　　　Plaintiff Leonard Johnson is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　This action is proceeding against Defendant Humberto Rodriguez for excessive force in violation of the Eighth Amendment, and is ready to be set for trial.

　　　　On February 26, 2015, this case was reassigned pursuant to the parties' consent to United States magistrate judge jurisdiction.  (ECF No. 38.)  In the interest of accommodating the parties' schedules, the Court will hold a telephonic hearing for scheduling purposes.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that:

　　　　1.　　A telephonic scheduling hearing will be held on **March 23, 2015, at 9:00 a.m.**, in Courtroom 9 before the undersigned; and

///

///

1

2. Counsel shall contact Courtroom Deputy, Mamie Hernandez, at (559) 499-5672, prior to the hearing date, to receive instructions regarding the conference call.

IT IS SO ORDERED.

Dated: **February 26, 2015**

UNITED STATES MAGISTRATE JUDGE