UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBERTO RODRIGUEZ,<br><br>    Defendant. | Case No.: 1:12-cv-00820-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTEDANCE OF INCARCERATED WITNESS RODERICK GERMELL THOMPSON<br><br>[ECF No. 49] |

Plaintiff Leonard Johnson is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States magistrate judge. Local Rule 302.

The action is proceeding against Defendant Humberto Rodriguez based on Plaintiff's claim of excessive force.

On June 15, 2015, Plaintiff filed a motion for the attendance of incarcerated witness Roderick Germell Thompson, CDCR # AA3413, to appear at trial beginning on August 18, 2015. Defendant did not oppose Plaintiff's motion.

In determining whether to grant Plaintiff's motion for the attendance of his proposed witnesses, factors to be taken into consideration include (1) whether the inmate's presence will substantially further the resolution of the case, (2) the security risks presented by the inmate's presence, and (3) the expense of transportation and security, and (4) whether the suit can be stayed until the inmate is

released without prejudice to the cause asserted.  Wiggins v. County of Alameda, 717 F.2d 466, 468 n.1 (9th Cir. 1983); see also Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994) (district court did not abuse its discretion when it concluded the inconvenience and expense of transporting inmate witness outweighed any benefit he could provide where the importance of the witness's testimony could not be determined), abrogated on other grounds by Sandin v. Conner, 515 U.S. 472 (1995).

Plaintiff submits that Mr. Thompson is currently housed at the California Institute of Men in Chino, California.  On May 30, 2012, Mr. Thompson provided a written declaration stating that he witnessed Defendant Rodriguez taking "Johnson's arm, twisted it behind his back to his neck, then slammed his head forcibly on the desk.  Due to the injury of inmate Johnson's arm, it needed immediate medical attention."  (ECF No. 49, Motion Ex. A.)  Plaintiff submits that Mr. Thompson is not willing to testify voluntarily and Court assistance is needed to cause the witness's custodian to bring him to Court.

Based on the foregoing, Plaintiff's motion for the attendance of incarcerated witness Roderick Germell Thompson, CDCR # AA3413, is GRANTED.  The Court will issue the necessary transportation orders in due course.

IT IS SO ORDERED.

Dated:   **June 23, 2015**

UNITED STATES MAGISTRATE JUDGE

2