# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>HUMBERTO RODRIGUEZ,<br><br>          Defendant. | Case No.: 1:12-cv-00820-SAB (PC)<br><br>ORDER STRIKING DEFENDANT'S MOTIONS IN LIMINE, FILED JULY 9, 2015, AS VIOLATION OF PRETRIAL ORDER<br><br>[ECF Nos. 56-62] |

Plaintiff Leonard Johnson is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States magistrate judge.  Local Rule 302.

This case is currently set for jury trial on August 18, 2015.  On July 9, 2015, Defendant filed seven separate motions in limine. (ECF Nos. 56-62.)  Pursuant to the Court's June 22, 2015, amended pretrial order, the parties were admitted to "not file separate motions in limine for every presented to the Court.  Rather, each party may file one consolidated motion in limine which is subdivided into separate sections for each issue . . ." (ECF No. 54, 20:22-24.)

///

///

///

///

1    Accordingly, because Defendant filed seven separate motions in limine instead of a single
2  consolidated motion in limine, Defendant's motions shall be stricken from the record to re-filing in a
3  single consolidated motion by **Monday, July 13, 2015**.

5  IT IS SO ORDERED.

6  Dated:   **July 10, 2015**
7                                                    UNITED STATES MAGISTRATE JUDGE