# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBERTO RODRIGUEZ,<br><br>    Defendant. | Case No.: 1:12-cv-00820-SAB (PC)<br><br>ORDER GRANTING PRO HAC VICE APPLICATION<br><br>[ECF No. 69] |

Plaintiff Leonard Johnson is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States magistrate judge. Local Rule 302.

The Court has read and considered the application of Benjamin Haile, attorney for Plaintiff, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. Having reviewed the application, Benjamin Haile application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **July 20, 2015**

UNITED STATES MAGISTRATE JUDGE

1