UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>      Plaintiff,<br><br>    v.<br><br>HUMBERTO RODRIGUEZ,<br><br>      Defendant. | Case No.: 1:12-cv-00820-SAB (PC)<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION<br><br>[ECF No. 73] |

    Plaintiff Leonard Johnson is proceeding in this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to 28 U.S.C. § 636(c), the parties consented to the jurisdiction of the United States magistrate judge.  Local Rule 302.

    On July 27, 2015, the parties filed a stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Pursuant to the parties' stipulation, the instant action is dismissed with prejudice and each party is to bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated: __**July 28, 2015**__                  _____

                                                               UNITED STATES MAGISTRATE JUDGE