# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBERTO RODRIGUEZ,<br><br>    Defendant. | Case No.: 1:12-cv-00820-SAB (PC)<br><br>ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE RODERICK GERMELL THOMPSON |

On July 19, 2015, the instant action filed pursuant to 42 U.S.C. § 1983, was dismissed, with prejudice, pursuant to the parties' stipulation.

Accordingly, the writ of habeas corpus ad testificandum to transport inmate Roderick Germell Thompson for jury trial on August 18, 2015, is HEREBY VACATED. <u>The Clerk of Court is directed to serve a copy of this order on the litigation coordinator at the California Institution for Men</u>.

IT IS SO ORDERED.

Dated: **August 4, 2015**

UNITED STATES MAGISTRATE JUDGE

1